# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| OTONIEL VASQUEZ ROMERO, | ) |
| | ) |
| | ) **Case No. 3:26-cv-565-SLH** |
| *Petitioner,* | ) |
| | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| | ) |
| Markwayne Mullin, et al., | ) |
| | ) |
| *Respondents.* | ) |
| | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents jointly stipulate that this habeas action is and shall be voluntarily dismissed without prejudice, without fees and costs.

Dated: April 30, 2026

/s/ Joseph Moravec
JOSEPH MORAVEC
MSB 2011090005
Blessinger Legal, PLLC
7389 Lee Highway, Suite 320
Falls Church, VA 22042
(703)738-4248
jmoravec@blessingerlegal.com

*Counsel for Petitioner*

/s/ David Lew
DAVID LEW
Assistant U.S. Attorney
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Phone: (412) 894-7482
Fax: (412) 644-5870
david.lew@usdoj.gov
PA ID No. 320338

*Counsel for Respondents*

AND NOW, this 1st

day of May, 2026,
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

1